# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

134948

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALBERTA WASHINGTON,
Personal Representative of the
Estate of Barbara Richardson,
Deceased,
      Plaintiff-Appellee,

v

GLACIER HILLS NURSING
CENTER, d/b/a GLACIER
HILLS, INC.,
      Defendant-Appellant,

and

KRISTEN TYSZKOWSKI, M.D. and
LONA MODY, M.D.,
      Defendants-Appellees.

SC: 134948
COA: 266487
Washtenaw CC: 04-000909-NH

_____/

On order of the Court, the application for leave to appeal the August 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., not participating, due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk